IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAUREL BEAR, | ) | |
| | ) | 4:05CV3283 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This is a social security appeal.  Now that an answer has been filed and the record deposited with the clerk of the court, this case should be progressed. Accordingly,

IT IS ORDERED that:

1.     This case shall be resolved as if cross-motions for summary judgment have been filed, and the clerk of the court is directed to make appropriate entries into the court's computer-assisted record keeping system to show on the court's motion list that this case is pending on cross-motions for summary judgment and the following briefing dates have been established;

2.     Plaintiff shall submit a brief by January 30, 2006;

3.     Defendant shall submit a brief by March 1, 2005;

4.     Plaintiff may submit a reply brief by March 15, 2005; and

5.    This case shall be ripe for decision on March 16, 2005.


December 29, 2005.                    BY THE COURT:


                                      s/ *Richard G. Kopf*_____
                                      United States District Judge