IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAUREL BEAR, | ) | |
| | ) | 4:05CV3283 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's motion (filing 9) to extend the time to file an opening brief.  I find that the motion should be granted.

IT IS ORDERED:

1. Plaintiff's motion for an extension of time within which to file an opening brief (filing 9) is granted, and the previously established briefing schedule is amended as follows:

2. Plaintiff shall submit an opening brief on or before March 1, 2006;

3. Defendant shall submit a brief by March 31, 2006;

4. Plaintiff may submit a reply brief by April 14, 2006; and

5. The case shall be ripe for decision on April 15, 2006.

January 31, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge